FILED
2018 AUG 21 PM 12: 47
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:18CV1891 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL P. TRICASO, D.O., | ) | <u>MOTION TO UNSEAL</u> |
| | ) | |
| Defendant. | ) | **<u>FILED TEMPORARILY UNDER SEAL</u>** |

Pursuant to the Court's August 17, 2018, Order, undersigned counsel hereby notifies the Court that the search warrants associated with the ongoing criminal investigation of Michael P. Tricaso, D.O. have been executed. Therefore, the United States requests that the seal on this case be lifted and all documents be made available to the public.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Patricia Fitzgerald
Patricia Fitzgerald (PA: 308973)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3779
(216) 522-2404 (facsimile)
Patricia.Fitzgerald2@usdoj.gov